### John SAM, Jr., All About Learning After School, Inc., Plaintiffs–Appellants,

v.

### Lorraine B. REICH, Board of Education of the City of Atlanta, Atlanta Independent School System, Defendants–Appellees.

No. 06–11580.

United States Court of Appeals, Eleventh Circuit.

May 22, 2007.

Holly Page Cole, Martin Arthur Shelton, Kimberly Ann Sturm, Stack & Associates, PC, Atlanta, GA, for Plaintiffs–Appellants.

Georgia, sitting by designation.

Dorsey E. Hopson, II, Greenberg Trauig LLP, Atlanta, GA, for Defendants–Appellees.

Before PRYOR, KRAVITCH and ALARCÓN,* Circuit Judges.

PER CURIAM:

After careful consideration of the record and the written and oral arguments of the parties, we conclude that the district court properly dismissed the plaintiffs' claims of First Amendment and Due Process violations and properly granted summary judgment in favor of the defendants as to the plaintiffs' claims of breach of contract and tortious interference with contract. We affirm.

**AFFIRMED.**